IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDRE KEITH RENER, JR.,<br><br>Defendant. | No. 3:25-mj-00759-MMS |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Alexandra Scarber, having been first duly sworn, do hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF).

2.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been employed as a Special Agent by the ATF since September of 2023. Moreover, I am currently assigned to the Anchorage Field Office, Seattle Field Division. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the ATF National Academy, where I received training on firearms and narcotics investigations. Since becoming a Special Agent with the ATF, I have participated in federal investigations involving firearm traffickers, felons in possession of firearms and ammunition, dealing firearms without a license, possession of stolen firearms, and the use of firearms in furtherance of drug trafficking crimes. As an ATF Special Agent,

I am charged with the duties of investigating violations of the criminal laws of the United States, including investigating violations of 18 U.S.C. § 933 transferring a firearm if they know or have reasonable cause to believe the use, carrying, possession, or receipt would constitute any Federal or state felony, 18 U.S.C. § 922(g)(1) felon in possession of a firearm or ammunition, 21 U.S.C. § 841(a)(1), distribution of controlled substances, and 18 U.S.C. § 924(c), possessing a firearm in furtherance of drug trafficking.

3.      I make this affidavit in support of an application for a criminal complaint and arrest warrant pursuant to Federal Rules of Criminal Procedure 3 and 4. As explained more fully below, I have probable cause to believe that ANDRE KEITH RENER, JR., has committed the following federal criminal offenses:

> **Count 1**: That on or about August 20, 2025, within the District of Alaska, the defendant, ANDRE KEITH RENER, JR., distributed 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl] propenamide, commonly known as fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B).

> **Count 2**: That on or about October 2, 2025, within the District of Alaska, the defendant, ANDRE KEITH RENER, JR., distributed a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl] propenamide, commonly known as fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

> **Count 3**: That on or about October 2, 2025, within the District of Alaska, the defendant, ANDRE KEITH RENER, JR., carried a firearm during and in relation to a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A).

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because the affidavit is intended to establish probable cause to support a complaint and secure an arrest warrant, I have not included each and every fact known to me concerning this investigation.

# FACTS ESTABLISHING PROBABLE CAUSE

5. In February 2025, the ATF Anchorage Field Office initiated a drug trafficking investigation concerning Andre Keith Rener, Jr. (RENER).

6. On or about August 20, 2025, in Anchorage, Alaska, RENER sold approximately 45 grams of a mixture and substance containing a detectible amount of fentanyl to an undercover law enforcement agent. The controlled purchase was audio and video recorded.

7. On or about October 2, 2025, in Anchorage, Alaska, RENER sold approximately 28.5 grams of a mixture and substance containing a detectible amount of fentanyl to undercover law enforcement agent. The controlled purchase was audio and video recorded.

8. On or about October 2, 2025, in Anchorage, Alaska, RENER carried a firearm during and in relation to his distribution of 28.5 grams of fentanyl, specifically a Charter Arms 38 caliber Revolver. RENER then sold that firearm in conjunction with the fentanyl to undercover law enforcement agent. The controlled purchase was audio and video recorded.

9. A trace of the firearm's serial number confirmed the firearm traveled in interstate commerce because Charter Arms Revolvers are not manufactured in the state of Alaska.

10. At the time RENER distributed fentanyl and a firearm, he was on adult supervision in State of Alaska case numbers 3AN-25-01012CR and 3AN-25-00956CR for Assault-1 Serious Injury, Weapon; Assault-2 Injury with Weapon; Assault-3 Cause Fear of Injury with Weapon; Misconduct Involving Weapons in the Third Degree - Felon in Possession

of a Firearm; Burglarly-1 In a Dwelling/Armed with a Firearm; Assault-3, Assault-4; and Criminal Mischief-4.

11.     On August 31, 2018, in State of Alaska case number 3AN-18-43 DL, RENER plead guilty to Murder in the Second Degree and Misconduct Involving Weapons in the First Degree. RENER agreed to extend jurisdiction to the Department of Juvenile Justice until his 20th birthday on May 23, 2022. RENER was 16 years old at the time he plead guilty. RENER agreed to receive a two-year Institutional Disposition Order pursuant to Alaska Statute 47.12.120(b)(1) from the date of his change of plea/disposition. Due to this juvenile adjudication, RENER is prohibited by the State of Alaska from possessing concealable firearms.

## CONCLUSION

12.     For the reasons described above, based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that ANDRE KEITH RENER, JR., has committed the offenses described in the attached complaint. Accordingly, I ask the Court to issue the complaint and a warrant for ANDRE KEITH RENER, JR.,'s arrest in accordance with Federal Rule of Criminal Procedure 4(a).

//

//

//

//

//

//

RESPECTFULLY SUBMITTED,

ALEXANDRA
SCARBER

Digitally signed by ALEXANDRA
SCARBER
Date: 2025.12.01 14:33:36
-09'00'

ALEXANDRA SCARBER
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and
Explosives (ATF)

Affidavit submitted by email and attested
to me as true and accurate by telephone
consistent with Fed.R.Crim.P. 4.1 and
41(d)(3) before issuance of a warrant on
this ___ day of _____ 2025.

Kyle F. Pearson, United States Magistrate Judge

HON. MATTHEW M. SCOBLE
United States Magistrate Judge
District of Alaska
December 1, 2025